UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

CALVIN DAVIS,                          )
                                       )
              Plaintiff,               )
                                       )
-v-                                    )    Civil Action No. 07-1488 ESH
                                       )
MICHAEL J. ASTRUE                      )
Commissioner,                          )
Social Security Administration,        )
                                       )
              Defendant.               )
_____)

**FILED**

JUL 2 4 2008

NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

ORDER

UPON CONSIDERATION of plaintiff's application for attorney's fees and the agreement of the parties that plaintiff should be awarded attorney's fees in the amount of $4,500, it is hereby

ORDERED that plaintiff is awarded attorney's fees in the amount of $4,500.00; and it is further

ORDERED that the check for the attorney's fees shall be made payable to plaintiff but shall be delivered to the offices of plaintiff's attorneys.

UNITED STATES DISTRICT JUDGE

*Ellen S Huvelle*

7/24/08