UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

FILED
JUL 3 1 2008
NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

CALVIN DAVIS,                    )
                                 )
            Plaintiff,           )
                                 )
-v-                              )   Civil Action No. 07-1488 ESH
                                 )
MICHAEL J. ASTRUE                )
Commissioner,                    )
Social Security Administration,  )
                                 )
            Defendant.           )
_____)

ORDER

UPON CONSIDERATION of plaintiff's application for attorney's fees and the agreement of the parties that plaintiff should be awarded attorney's fees in the amount of $4,500, and the consent motion filed by defendant to modify the Court's July 24, 2008, order awarding these fees, it is hereby

ORDERED that the Court's Order of July 24, 2008, awarding attorney's fees is vacated and replaced by this order; and it is further

ORDERED that plaintiff is awarded attorney's fees in the amount of $4,500.00; and it is further

ORDERED that the check for the attorney's fees shall be made payable to plaintiff's attorneys and delivered to them:

    Whitman-Walker Clinic Legal Services Program
    1701 14th Street, N.W.
    Washington, D.C. 20009

Ellen S. Huvelle
UNITED STATES DISTRICT JUDGE
7/31/08